AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  21cr292-1 (RCL) |
| CHRISTOPHER JOHN WORRELL | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Christopher John Worrell
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Violated conditions of release pending sentencing.

Date:  9/15/23

*Issuing officer's signature*

City and state:  Washington, DC

Royce C. Lamberth, U.S. District Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | | |
| Date: _____ | *Arresting officer's signature* | |
| | *Printed name and title* | |

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

*Pretrial Services Agency for the District of Columbia Memorandum*
*(Status Report)*

| | |
|---|---|
| **Presiding Judge:** | The Honorable Royce Lamberth |
| | United States District Court |
| **Date:** | 8/15/2023 |
| **Name of Defendant:** | Christopher J. Worrell |
| **Docket Number:** | CR21-000292-01 |

**Offense:**
Act of Physical Violence in the Capitol Grounds or Buildings

Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon

Civil Disorder

Disorderly and Disruptive Conduct in a Restricted Building

Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Violent Entry and Disorderly Conduct Onto Capitol Grounds

**Release Date:** 9/26/2022

**Conditions of Release:** **USDC Team General Supervision**

- Other conditions: Location monitoring to be done via GPS monitoring .
- Other conditions: Submit to the following location monitoring technology and comply with its requirements as directed .
- Other conditions: Pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer .
- Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- Other conditions: Not use encrypted messaging applications unless approved by Pretrial Services .
- Other conditions: Defendant may not travel outside the continental United States without court approval. Defendant may not travel to Washington, D.C., unless appearing for court, meeting with Pretrial services or consulting with his attorney .

Worrell, Christopher J.
CR21-000292-01
Page 2

- Not use or illegally possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
- Other conditions: Surrender any passport to: US Probation Office .
- Submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
- Not obtain a passport or other international travel document.
- Third party custodian: Person Custodian name: Tricia Priller Custodian address: City State,Zip: Naples, Florida 34104 Relationship: Girlfriend
- Other conditions: Not to access the internet including social media or email, except for use with their legal defense teams or otherwise authorized by Pretrial Services .
- Other conditions: Permit Pretrial Services to visit you at your home or elsewhere at anytime and to confiscate contraband in plain view .
- Stay away from and have no contact with: Avoid all contact, directly or indirectly, with any person who is or may be . (PSA#: )
- Other conditions: Not have contact with any other persons or organizations involved in the January 6 Capitol events after returning to the Districts where they will be supervised, except with their legal defense teams or as otherwise authorized by Pretrial Services .
- Other conditions: Submit to supervision by and report for supervision to the courtesy supervision by the Middle District of Florida and report as directed. Defendant to report no later than 24 hours or on 11/5 by 4:30 pm .
- Other conditions: Not possess a firearm, destructive device, or other weapon .
- Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- Other conditions: Defendant shall refrain from directly or indirectly publicly commenting on his case without prior approval of the Court .
- Other conditions: Defendant shall refrain from corresponding directly or indirectly with any news media organization (for example Newsmax, Washington Post, Breitbart) without prior approval of the Court .
- Other conditions: You are restricted to your residence at all times except for visits to obtain medical treatment, attorney visits (at an attorneys office or residence), court appearances, religious observations, or court-ordered obligations .
- Other conditions: No other activities requiring travel outside of your residence are permitted without court approval. You must submit a schedule of anticipated travel outside of your residence, and provide notice of any changes to that schedule, as directed by PSA .
- Other conditions: Approved to leave his residence to vote in the Primary elections on August 23, 2022, and The General elections on November 8, 2022 .
- Other conditions: (1) May access the internet in the following circumstances: to communicate with his legal team, to review discovery in his case, or with authorization from pretrial services. Other than in those circumstances, pursuant to condition 7(t) of the Court's 134 .

Worrell, Christopher J.
CR21-000292-01
Page 3

- • Other conditions: The defendant must continue to not access the internet, including social media and email. .
- • Participate in curfew location restriction programs and comply with its requirements as directed. You are restricted to your residence every day from 7:00 pm to 7:00 am or as directed by the pretrial services office or supervising officer.
- • Participate in home detention location restriction programs and comply with its requirements as directed. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

**Hearing Date:**                08/18/2023

---

In accordance with Your Honor's order dated September 26, 2022, the Pretrial Services Agency for the District of Columbia (PSA) is providing a status update of Christopher J. Worrell's compliance with the conditions of release.

**Pretrial Supervision Adjustment:**

The defendant is being courtesy supervised by the Middle District of Florida.

• Reporting / Comply with Courtesy Supervision Conditions

As of 12:00 pm on 08/15/2023, the defendant has yet to report for weekly check in, according to USPO Jacob Ely. The defendant's last contact was on 08/08/2023, during a telephone check in.

• Location Monitoring / Curfew Conditions

On 04/28/2023, an order was issued by Your Honor ordering the defendant to continue location monitoring services upon returning to Florida from his Trial appearance in Washington, DC. On 05/05/2023, the defendant's device was removed prior to his appearance in Washington, DC. The device was reinstalled on 05/15/2023, upon him returning to Florida. On 08/14/2023 at 1:45 pm, the defendant's device went into "tracker missed callback" which means the device is not connected to a cell or GPS network. The defendant violated his 7:00 pm to 7:00 am curfew on 08/14/2023, as he failed to return to his residence prior to the curfew start time. At this time, the Middle District of Florida has determined the defendant is a loss of contact.

• Law Enforcement Contact Condition

On 08/14/2023 at 11:00 pm, Chief United States Pretrial Services Officer Jose Montanez contacted the Collier County Police Department to conduct a welfare check on the defendant. A Collier County Police Officer had contact with the defendant's mother who stated she last saw him on 08/14/2023 at 5:00 pm.

• Encrypted Messaging Condition

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

• Internet / Social Media Conditions

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

• Travel Conditions

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

Worrell, Christopher J.
CR21-000292-01
Page 4

• Controlled Substances Condition

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

• Drug Testing Condition

On 07/13/2023, the defendant submitted a positive drug test for marijuana. The sample was sent to the National Lab which confirmed the drug test to be positive for marijuana. The defendant has not been referred for any further drug testing due to him being placed on a random drug testing color schedule and his color has not been called.

• Stay Away Conditions

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

• Passport Condition

On 03/16/2021, the defendant surrendered his passport.

• Third Party Condition

On 08/14/2023 at 4:50 pm, the defendant's third-party custodian, Tricia Priller, returned home from work and located a letter from the defendant. The letter was submitted with this filing.

• Firearms Condition

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

• Publicly Commenting / News Media Conditions

PSA is unaware of any violations concerning the above-mentioned condition of release as there have been no alleged violations reported to PSA.

**Warrant Check:**

A check of the Washington Area Law Enforcement System (WALES), the National Crime Information Center (NCIC) and the Interstate Identification Index (III) was completed on 08/15/2023. The defendant does not have any outstanding warrants or re-arrests.

Worrell, Christopher J.
CP21-000292-01
Page 5

I declare under penalty of perjury that the foregoing is true and correct:

*Shania Fennell*

08/15/2023

By:   Shania Fennell                                          Date

Pretrial Services Officer

202-442-1000

*Phillippa Bradley*

08/15/2023

Approved by:   Phillippa Bradley                        Date

Supervisor

**CONFIDENTIALITY NOTICE**

If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof. If this report contains substance disorder treatment information, it has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom the information pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. If this report contains mental health information, it is protected by the D.C. Mental Health Information Act (D.C. Code §§ 7-1201.01, et seq.). Any unauthorized disclosure of mental health information that may be contained in this report would violate the provisions of the Act. Further disclosure may only be made pursuant to a valid authorization by the person to whom the information pertains or as otherwise provided by the Act. The Act provides civil damages and criminal penalties for violations.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No: 21-CR-292 RCL** |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon the motion of the Government, it is hereby ordered that the bench warrant issued for the arrest of Christopher Worrell on August 15, 2023 is unsealed. *The existence of the warrant for defendant's arrest may be made public.*

SO ORDERED this _17th_ day of August, 2023.

_Royce C. Lamberth_
Judge Royce C. Lamberth

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                :
                                        :
                                        :
v.                                      :        No. 21-CR-292-1 (RCL)
                                        :
CHRISTOPHER WORRELL,                    :
                                        :
          Defendant.                    :

UNITED STATES' UNOPPOSED MOTION TO SET SENTENCING DATE

The United States of America respectfully submits this motion to request that the Court set

a sentencing date for Christopher Worrell between October 25, 2023, and November 3, 2023. Both

parties are available on these dates.

Defendant Worrell was previously scheduled to be sentenced on August 18, 2023. Four

days before the sentencing, while subject to release conditions including GPS monitoring and a

curfew, Worrell absconded. On August 15, 2023, the Court revoked Worrell's release and issued

a bench warrant. Yesterday, Worrell was located and arrested on that warrant in Naples, Florida.

The government anticipates that he will have his initial appearance in the Middle District of Florida

the week of October 2. The government will request that Worrell remain in custody pending

sentencing, and (given his absconding) anticipates that he will be detained pending sentencing.

The government has conferred with Worrell's attorney, William Shipley, regarding his

availability for the sentencing hearing. The parties request that the Court schedule a sentencing

hearing between October 25, 2023 and November 3, 2023, the U.S. Marshals Service transport

schedule permitting. Defense counsel requests that the sentencing be set for the lunch hour, as

defense counsel will be co-counsel in another trial before Judge Cobb during this time period.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
ALEXIS LOEB
CA Bar No. 269895
Assistant United States Attorneys (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

2