# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                      2:23-mj-1152-NPM

**CHRISTOPHER JOHN WORRELL**

District of Columbia (Charging District)
Case No. 21-cr-292

_____

## ORDER TRANSFERRING DEFENDANT TO CHARGING DISTRICT

Defendant was arrested and appeared before this court in connection with transfer proceedings pursuant Criminal Rules 5(c)(3) and 40. Defendant requested and was determined by the court to be eligible for court-appointed counsel. Therefore, the court appointed counsel to represent defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived his rights to production of the warrant, an identity hearing, and a detention hearing in this district.

Accordingly, Defendant shall be detained and shall have all remaining hearings in the United States District Court for the District of Columbia. This order is without prejudice to Defendant's ability to seek conditions of release after transfer to the charging District.

The United States Marshal must transport Defendant, together with a copy of this order, to the charging district and deliver Defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.

The United States Marshal or authorized officer in the charging district should immediately notify the United States Attorney and the clerk for that district of Defendant's arrival so that further proceedings may be promptly scheduled.

The clerk of this court is directed to promptly transmit the papers to the charging district.

**ORDERED** on October 3, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE